## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| Cynthia Wadkinson, | ) | C.A. No.: 6:15-cv-02445-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Sun Trust Banks, Inc. and Sun | ) | |
| Trust Banks, Inc. Long Term | ) | |
| Disability Plan, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to January 20, 2016. The parties have advised the court that they have scheduled a mediation for January 20, 2016 and that they would like to explore settlement at or before mediation before preparing a joint stipulation. Accordingly, the parties have asked for the deadline to file the joint stipulation and the parties' respective memoranda to be moved to February 29, 2016. For good cause shown, the court does believe that an extension of time within which to mediate and to file a joint stipulation pursuant to the court's specialized case management order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to January 20, 2016 and to file a joint stipulation and the parties' respective memoranda in the matter *sub judice* to February 29, 2016.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate by January 20, 2016 and to file a joint stipulation and the parties' respective memoranda pursuant to the court's specialized case management order in the matter *sub judice* is hereby extended until February 29, 2016. In all other regards, the parties shall comply with the specialized case management order.

**AND, IT IS SO ORDERED.**

s/Mary Geiger Lewis
_____
The Honorable Mary Geiger Lewis
United States District Judge

December 2, 2015
Columbia, South Carolina